# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:09CV449–V

| | |
|---|---|
| SICK, INC., <br><br> Appellant, <br><br> v. <br><br> REGAN, INC., <br><br> Appellee. | **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN H. SILTON** |

**THIS CAUSE** having come before the Court on motion of local counsel for Appellant Sick, Inc., for admission *pro hac vice* of Steven H. Silton and, pursuant to Local Civil Rule 83.1(B), it appears to this Court that Mr. Silton should be admitted *pro hac vice*, representing Appellant Sick, Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and that Steven H. Silton is admitted to practice before this Court *pro hac vice*.

Signed: July 8, 2010

Richard L. Voorhees
United States District Judge