# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:09CV449–V

SICK, INC.,

     Appellant,

v.

REGAN, INC.,

     Appellee.

**ORDER GRANTING MOTION FOR
ADMISSION *PRO HAC VICE*
OF JAMIE R. PIERCE**

**THIS CAUSE** having come before the Court on motion of local counsel for Appellant Sick, Inc., for admission *pro hac vice* of Jamie R. Pierce and, pursuant to Local Civil Rule 83.1(B), it appears to this Court that Mr. Pierce should be admitted *pro hac vice*, representing Appellant Sick, Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and that Jamie R. Pierce is admitted to practice before this Court *pro hac vice*.

Signed: July 8, 2010

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge